**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−25098−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Denise M. Smith
   138 N. King Street
   Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−9454

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 21, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-25098-JNP
Denise M. Smith                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Feb 21, 2019
                              Form ID: 148             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2019.
```
db            +Denise M. Smith,    138 N. King Street,   Gloucester City, NJ 08030-1420
cr            +1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    RAS Citron, LLC,
               130 Clinton Road, Suite 202,   Fairfield, NJ 07004-2927
517860678      1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL,    C/O Shellpoint Mortgage Servicing,
               PO Box 10826,   Greenville SC 29603-0826
517670197      AES/Cit ED,   PO Box 61047,   Harrisburg, PA 17106-1047
517867911      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
517670203      KLM Law Group, PC,    216 Haddon Avenue,    Westmont, New Jersey 08108
517670206     +MRS BPO, LLC.,    1930 Olney Avenue,    Cherry Hill, New Jersey 08003-2016
517779064     +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
517670207     +Polonsky & Polonsky,    512 S. White Horse Pike,    Audubon, New Jersey 08106-1313
517670209     +Radius Global Solutions,    P.O. Box 390905,    Minneapolis, Minnesota 55439-0905
517670210      Shellpoint Mortgage Servicing,    PO Box 740039,    Cinncinatti, Ohio 45274-0039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2019 22:28:05     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2019 22:28:04      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517670198     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 21 2019 22:28:08
               Bayview Loan Servicing, LLC,    4425 Ponce DeLeon Blvd, 5ht Floor,
               Coral Gables, Florida 33146-1837
517670199      EDI: CCS.COM Feb 22 2019 03:13:00      CCS,   Payment Processing Center,   P.O. Box 55126,
               Boston, Massachusetts 02205-5126
517670200     +EDI: CCS.COM Feb 22 2019 03:13:00      CCS Collections,   2 Wells Avenue,
               Newton, MA 02459-3246
517670201      E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 22:28:05     Dept of Ed/Nelnet,
               121 S 13th Street,   Lincoln, NE 68508-1904
517805812     +EDI: CBS7AVE Feb 22 2019 03:13:00      Ginny's,   c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
517670202      EDI: CBS7AVE Feb 22 2019 03:13:00      Ginnys,   1112 7th Avenue,   Monroe, Wisconsin 53566-1364
517800875     +EDI: CBSMASON Feb 22 2019 03:13:00      K. Jordan,   c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
517670204      EDI: TSYS2.COM Feb 22 2019 03:13:00      Macys/DSNB,   PO Box 8218,   Mason, OH 45040-8218
517800876     +EDI: CBSMASON Feb 22 2019 03:13:00      Massey's,   c/o Creditors Bankruptcy Service,
               P.O. Box 800849,    Dallas, TX 75380-0849
517670205      EDI: MID8.COM Feb 22 2019 03:13:00      Midland Credit Mgmt Inc,   2365 Northside Dr. 300,
               San Diego, CA 92108-2709
517670208      EDI: PRA.COM Feb 22 2019 03:13:00      Portfolio Recovery Assoc.,   Riverside Commerce Center,
               120 Corporate Blvd., Ste. 100,   Norfolk, VA 23502-4962
517865627      EDI: PRA.COM Feb 22 2019 03:13:00      Portfolio Recovery Associates, LLC,   c/o Wal-mart,
               POB 41067,   Norfolk VA 23541
517748844      EDI: Q3G.COM Feb 22 2019 03:13:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA  98083-0788
517673195     +EDI: RMSC.COM Feb 22 2019 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517670211      EDI: WTRRNBANK.COM Feb 22 2019 03:13:00      TD Bank USA/Target Credit,   PO Box 673,
               Minneapolis, MN 55440-0673
517766990     +E-mail/Text: electronicbkydocs@nelnet.net Feb 21 2019 22:28:05
               US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
               Lincoln NE 68508-1911
517670212      EDI: VERIZONCOMB.COM Feb 22 2019 03:13:00      Verizon,   PO Box 4830,
               Trenton, New Jersey 08650-4830
517853132     +EDI: AIS.COM Feb 22 2019 03:13:00      Verizon,   by American InfoSource as agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 20
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2          Date Rcvd: Feb 21, 2019
                              Form ID: 148             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL
               ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL
               ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
               rsolarz@kmllawgroup.com
              Steven N. Taieb    on behalf of Debtor Denise M. Smith staieb@comcast.net,    sntgale@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```